IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BIG RIVER ZINC CORP.**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **06-208-CJP** |
| ) | |
| **STEEL DYNAMICS, INC.**, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is the parties' "Stipulation for Dismissal with Prejudice." **(Doc. 89).** The parties explain that a settlement agreement has been reached, resolving all claims and counterclaims. Each party is to bear its own costs and attorney's fees.

The Court **DIRECTS** the Clerk of Court to immediately enter judgment of dismissal with prejudice and without costs. In light of the settlement and dismissal, the Court **DENIES AS MOOT** all motions, and **VACATES** all court dates in this case.

**IT IS SO ORDERED.**

DATED: October 30, 2007

s/ Clifford J. Proud
CLIFFORD J. PROUD
U. S. MAGISTRATE JUDGE

1