# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BIG RIVER ZINC CORPORATION,** | ) |
| **Plaintiff,** | ) |
| vs. | ) |
| | ) **CASE NO. 06-208-CJP** |
| **STEEL DYNAMICS, INC.,** | ) |
| **Defendant,** | ) |
| **STEEL DYNAMICS INC.,** | ) |
| **Counter Claimant,** | ) |
| vs. | ) |
| **BIG RIVER ZINC CORPORATION,** | ) |
| **Counter Defendant,** | ) |
| **STEEL DYNAMICS, INC.,** | ) |
| **Counter Defendant,** | ) |
| vs. | ) |
| **BIG RIVER ZINC CORPORATION,** | ) |
| **Counter Defendant** | ) |

## JUDGMENT IN A CIVIL CASE

This action came before this Court on Stipulation of Dismissal (Doc. 89). This case is hereby dismissed with prejudice and without costs in accordance with an Order entered by United States Magistrate Judge Clifford J. Proud on October 30, 2007, (Doc. 90).

**DATED** this 31st day of October, 2007

                                                 **NORBERT G. JAWORSKI, CLERK**

                                                 **BY: <u>S/ Angela Vehlewald</u>**
                                                        **Deputy Clerk**

**Approved by<u>     S/ Clifford J. Proud    </u>**
                  **United States Magistrate Judge**
                         **Clifford J. Proud**